IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| MITCHELL JEROD FORD | ) | |
|---|---|---|
| Petitioner | ) | |
| v. | ) | NO. 1:16-cv-00050 |
| | ) | CHIEF JUDGE CRENSHAW |
| UNITED STATES OF AMERICA | ) | |
| Respondent. | ) | |

### ORDER

Pending before the Court are the Petitioner's Motion To Vacate, Set Aside, Or Correct Sentence In Accordance With 28 U.S.C. § 2255 (Doc. No. 1), and the Government's Response thereto. (Doc. No. 4). For the reasons set forth in the accompanying Memorandum, the Petitioner's Motion (Doc. No. 1) is **DENIED**, and this action is **DISMISSED**.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

Should the Petitioner give timely notice of an appeal from this Order, and the accompanying Memorandum, such notice shall be treated as a application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. Castro v. United States, 310 F.3d 900 (6th Cir. 2002).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE